I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/28/12

D. Vo
DEPUTY CLERK

JS-6/Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 2 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE CONTRERAS, | Case No. CV 11-10345-DMG (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MATTHEW CATE (Warden), | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/23/12

_Dolly M. Gee_
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY