I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/28/12

D. Vo
DEPUTY CLERK

JS-6/Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOE CONTRERAS,

    Petitioner,

vs.

MATTHEW CATE (Warden),

    Respondent.

Case No. CV 11-10345-DMG (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/23/12

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE